UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-81248

IPN, LLC,

      Plaintiff,

v.

SHARK TANK GROUP LLC,

      Defendant.
_____/

**DEFENDANT SHARK TANK GROUP LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Shark Tank Group LLC submits this Corporate Disclosure Statement and Certificate of Interested Persons.

1. The name of each person, attorney, association of firms, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Shark Tank Group LLC hereby states that it is a wholly-owned subsidiary of Three Trees Holdings, Inc., a Delaware corporation, and no publicly held corporation owns 10% or more of its stock.

    b. Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Shark Tank Group LLC further states that it is a limited liability company organized under the laws of California with its principal place of business in California. Shark Tank Group LLC is a citizen of the state of California and the state of Delaware because those are the only states where its parent corporation is incorporated or has its principal place of business. The sole member of Shark Tank Group LLC is Three Trees

       Holdings, Inc., which is a citizen of the state of Delaware, with its principal place of business in California.

   c. IPN, LLC, *Plaintiff*

   d. Shark Tank Group LLC, *Defendant*

   e. Three Trees Holdings, Inc., *parent company of Defendant*

   f. Sasha Gustin, *member of Three Trees Holdings, Inc.*

   g. Sean Smith, *member of Three Trees Holdings, Inc.*

   h. John Warner, *member of Three Trees Holdings, Inc.*

   i. Curry Tech Consulting, LLC, *wholly-owned subsidiary of Three Trees Holdings, Inc.*

   j. Shullman Fugate PLLC, *counsel for Defendants*

   k. Allison S. Lovelady, Esq., *counsel for Defendants*

   l. Sarah M. Papadelias, Esq., *counsel for Defendants*

   m. Sutter Law PC, *counsel for Defendants*

   n. Ian Bennett-Goldberg, Esq., *counsel for Defendants*

   o. Chase Law & Associates, P.A., *counsel for Plaintiff*

   p. Kenneth E. Chase, Esq., *counsel for Plaintiff*

   q. Alex E. Glassman, *counsel for Plaintiff*

2. The name of every other entity whose publicly traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 20, 2024

                                          Respectfully Submitted,

                                          SHULLMAN FUGATE PLLC

                                          **Sarah M. Papadelias**
                                          Allison S. Lovelady
                                          Florida Bar No. 70662
                                          alovelady@shullmanfugate.com
                                          Sarah M. Papadelias
                                          Florida Bar No. 125098
                                          spapadelias@shullmanfugate.com
                                          2101 Vista Parkway, Suite 4006
                                          West Palm Beach, FL  33411
                                          Tel: (561) 614-2592

                                          *Attorneys for Defendant Shark Tank Group LLC*